UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE DOLSEN COMPANIES, a Washington Corporation, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>BEDIVERE INSURANCE COMPANY,<br>f/k/a ONEBEACON, et, al.,<br><br>                    Defendants. | No. 1:16-CV-3141-TOR<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER |

BEFORE THE COURT is the parties' Stipulated [Proposed] Protective Order (ECF No. 27).

Counsel for all parties have jointly submitted a stipulated proposed protective order.  The Court has reviewed the completed record and files herein, and is fully informed.  For good cause shown, the motion is granted.

//

//

ORDER GRANTING STIPULATED PROTECTIVE ORDER ~ 1

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Protective Order (ECF No. 27) is **GRANTED**.

2. All Confidential Material (in document form or any other form) produced or exchanged during discovery in the above-captioned action shall be disclosed and protected as provided in ECF No. 27.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

**DATED** January 31, 2017.



　　　　　　　　　　　　　　　THOMAS O. RICE
　　　　　　　　　　　　　Chief United States District Judge

ORDER GRANTING STIPULATED PROTECTIVE ORDER ~ 2