UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE DOLSEN COMPANIES, a Washington Corporation, COW PALACE, LLC, a Washington Limited Liability Company, THREE D PROPERTIES, LLC, a Washington Limited Liability Company, | NO:  1:16-CV-3141-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |
| Plaintiffs, | |
| v. | |
| BEDIVERE INSURANCE COMPANY f/k/a ONEBEACON, A Pennsylvania Corporation, ARMOUR RISK MANAGEMENT, INC., a Pennsylvania Corporation, QBE INSURANCE CORPORATION, a Pennsylvania corporation, UNIGARD INSURANCE COMPANY, a Washington corporation, | |
| Defendants. | |

BEFORE THE COURT is the parties' Expedited Stipulated Motion for

Order of Dismissal with Prejudice.  ECF No. 177.  The parties have stipulated that

they have settled all claims between them and that this matter should be dismissed

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without an award of fees or costs to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this case is **DISMISSED** with prejudice and without an award of fees or costs to any party.

The District Court Executive is hereby directed to enter this Order, enter Judgment of Dismissal, furnish copies to the parties, and **CLOSE** the file.

DATED September 30, 2018.



THOMAS O. RICE
Chief United States District Judge